**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kerry McKelvey,<br><br>    Plaintiff,<br><br>v.<br><br>Mitchell Miller Humphries, et al.,<br><br>    Defendants. | No. CV-23-08570-PCT-MTL<br><br>**ORDER** |

Before the Court is Defendants' Motion for Partial Summary Judgment (Doc. 23). The motion is fully briefed. (Docs. 23, 27, 30.)

In its motion, Defendants ask the Court to adopt *McHaffie v. Bunch*, 891 S.W.2d 822 (Mo. 1995), for the proposition that "once an employer admits respondeat superior liability for a driver's negligence, it is improper to allow a plaintiff to proceed against the employer on other theories of imputed liability." (Doc. 23 at 6 (emphasis removed).) The Court ordered the parties to file supplemental briefs addressing whether the Court should deny without prejudice Defendants' motion so that they may refile a motion for summary judgment after the Arizona Supreme Court decides *Roaf v. Rebuck Consulting, et al.*, CV-23-0233-PR. (Doc. 32.)

Both parties agree that the pending Arizona Supreme Court decision for *Roaf* may control the issues in Defendants' motion. (Docs. 33, 34.) Defendants argue that the Court should not deny without prejudice their motion because it is not judicially efficient under Rule 1, Fed. R. Civ. P. (Doc. 33 at 2.) This argument, however, is unpersuasive. The

arguments made in the pending motion will likely require modification once the Arizona Supreme Court issues the *Roaf* decision.

Accordingly,

**IT IS ORDERED** denying with leave to refile Defendants' Motion for Partial Summary Judgment (Doc. 23).

Dated this 8th day of April, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge